JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VANTRAE GREGORY, | No. CV 20-9613-SVW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. C. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and this action is dismissed with prejudice.

DATED: February 1, 2022

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE